THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLOBAL DIVING & SALVAGE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F/V PREDATOR, INC.,<br><br>　　　　　Defendant. | IN ADMIRALTY<br><br>Case No. CV06-5066 FDB<br><br>[PROPOSED] ORDER AND STIPULATED DISMISSAL |
| F/V PREDATOR, INC.,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>COASTAL MARINE FUND, FEDERAL INSURANCE COMPANY THROUGH CHUBB GROUP, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>　　　　　Third-Party Defendants. | NOTE FOR MOTION CALENDAR:  June 27, 2006 |

　　　　Plaintiff Global Diving & Salvage, Inc., and defendant F/V Predator, Inc., hereby stipulate and agree that all claims asserted by Global Diving & Salvage, Inc. can now be dismissed with prejudice, the parties having reached a settlement and agreement.

　　　　This stipulated dismissal does not in any way alter the claims asserted by F/V Predator, Inc. against third-party defendants, who have not noted appearances in this

[PROPOSED] ORDER AND STIPULATED DISMISSAL - 1
Case No. CV06-5066 FDB

action. Accordingly, pursuant to Civil Rule 41(a)(1)(ii), this proposed order of dismissal can be entered without stipulation of third-party defendants.

DATED:   June 14, 2006                HOLMES WEDDLE & BARCOTT

                                      _____/s/_____
                                      Philip W. Sanford, WSBA #18593
                                      Attorney for Defendant

DATED:   June 13, 2006                BAUER MOYNIHAN & JOHNSON LLP

                                      _____/s/_____
                                      Thomas G. Johnson, WSBA #8929
                                      Attorney for Plaintiff

## ORDER

IT IS SO ORDERED. All claims asserted by Global Diving & Salvage, Inc. against F/V Predator, Inc. are dismissed with prejudice and all parties to bear their own costs.

DATED this 28th of June 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE