1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                      AT TACOMA

10   GLOBAL DIVING & SALVAGE, INC.,

11              Plaintiff,
                                              Case No. C06-5066FDB
12        v.
                                              ORDER REQUIRING JOINT
13   F/V PREDATOR, INC.,                      STATUS REPORT

14              Defendant.
15   —————————————————————

16   F/V PREDATOR, INC.,

17              Third-Party Plaintiff,

18        v.

19   COASTAL MARINE FUND, FEDERAL
     INSURANCE COMPANY THROUGH
20   CHUBB GROUP, and GREAT AMERICAN
     INSURANCE COMPANY OF NEW YORK,
21
                Third-Party Defendants.
22
            The Court was advised by Mediator Gerard M. Shellan by letter of December 29, 2006 that
23
     this matter had been "settled as between the Plaintiff and the carrier" (underscoring in original).   No
24
     documents have been filed with respect to the referenced settlement, and it appears that the following
25

26   ORDER - 1

1   insurance companies are still in the case and that these companies are cross-claimants with each

2   other:  Federal Insurance Company Through Chubb Group and Great American Insurance Company

3   of New York.  One unrepresented party is still listed on the docket: Third-Party Defendant Coastal

4   Marine Fund.  In order to keep this case on track, the parties shall report to the Court the status of

5   this case.  ACCORDINGLY,

6          IT IS ORDERED: The parties shall submit –  no later than **April 30, 2007 –**  a **Joint Status**

7   **Report** to the Court explaining the issues remaining in the case, what the parties anticipate with

8   respect to resolving the remaining issues, and what deadlines the Court should set to aid the parties

9   in moving the case toward resolution.

10         DATED this 4th day of April, 2007.

11

12                                                   _____

13                                                   FRANKLIN D. BURGESS
                                                     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2