# United States District Court

WESTERN DISTRICT OF WASHINGTON

GLOBAL DIVING & SALVAGE, INC.,

    Plaintiff

    v.

F/V PREDATOR, INC.,

    Defendants,

-----------------------------------------------------

F/V PREDATOR, INC.,

    Third-Party Plaintiff,

    v.

COASTAL MARINE FUND, FEDERAL INSURANCE COMPANY THROUGH CHUBB GROUP, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,

    Third-Party Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C06-5066FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Cross-claim of Federal Insurance Company is found to be MOOT and is DISMISSED.

2. Renewed Motion of Federal Insurance Company to deposit funds into the Court's Registry is DENIED.

3. There being no parties or claims remaining in this case, this cause of action is DISMISSED.


March 28, 2008

BRUCE RIFKIN
Clerk

/s/  Pat LeFrois

_____
Deputy Clerk